SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted November 9, 2015; decided December 17, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 944 (2015)]. Motion for poor person relief dismissed as academic.

AMY BRAUNSTEIN, Respondent, v DAVID J. BRAUNSTEIN, Appellant. (Action No. 1.)

Submitted November 9, 2015; decided December 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of LING CHEN, Appellant, v REUTERS AMERICA HOLDINGS, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 9, 2015; decided December 17, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 957 (2015)].